## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR307 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRENDA BORDEAUX, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's motion to review detention (Filing No. 25) is scheduled for hearing before the undersigned magistrate judge at **10:30 a.m. on December 1, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 21st day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge